UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSLYN ALMA DAMES,<br><br>      Plaintiff,<br><br>    -against-<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; CLAIRE GUERRETTE, DIRECTOR, ST. MARGARET'S HOUSE; DEAN SANTA, DIRECTOR OF ASSET MANAGEMENT, U.S. DEPT. OF HOUSING & URBAN DEVELOPMENT,<br><br>      Defendants. | 20-CV-0226 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued October 30, 2020, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.[1]

SO ORDERED.

Dated: October 30, 2020
    New York, New York

                 _Louis L. Stanton_
                   Louis L. Stanton
                     U.S.D.J.

---

[1] Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 3).